UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Abingdon Division

---

PATRICK LAMBIE, individually and on behalf of all others similarly situated,

        Plaintiff,

v.

ENTEGEE, INC.

And

SUNCOKE ENERGY, INC.

        Defendants.

Case No. 1:22-cv-00030-JPJ-PMS

---

### JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND TO DISMISS CASE WITH PREJUDICE

Plaintiff Patrick Lambie and Defendants Entegee, Inc. and SunCoke Energy, Inc. (collectively, "Parties"), by and through their respective counsel, jointly move the Court to approve the Parties' settlement agreement, attached as Exhibit 1, and to dismiss the case with prejudice. In support of this Motion, the Parties refer to and incorporate herein by reference the accompanying Memorandum in Support, and an order approving the settlement agreement between the Parties, attached as Exhibit 2, to resolve this case and dismissing Plaintiff's Complaint with prejudice.

Dated: December 5, 2022

Respectfully submitted,

**PATRICK LAMBIE**

1

/s/Timothy Coffield
Timothy Coffield (VSB 83430)
Coffield PLC
106-F Melbourne Park Circle
Charlottesville, VA 22901
P: (434) 218-3133F: (434) 321-1636
tc@coffieldlaw.com
Counsel for Plaintiff

**ENTEGEE, INC.**

/s/ Kevin D. Holden
Kevin D. Holden (VSB No. 30840)
Shannon A. Delano (VSB No. 95427)
Jackson Lewis P.C.
P.O. Box 85068
Richmond, Virginia 23285
Tel.: (804) 649-0404
Fax: (804) 649-0403
kevin.holden@jacksonlewis.com
shannon.delano@jacksonlewis.com
Counsel for Entegee, Inc.

**SUNCOKE ENERGY, INC.**

/s/ Ramesh Murthy
Ramesh Murthy, Esq.
VSB No. 31801
PENN, STUART & ESKRIDGE
P.O. Box 2288
Abingdon, Virginia 24212
Telephone: 276.628.5151
Fax: 276.628.5621
rmurthy@pennstuart.com
Counsel for SunCoke Energy, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Kevin D. Holden
Counsel for Entegee, Inc.

4873-6115-9490, v. 1