# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **PATRICK LAMBIE,** | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:22CV00030<br>) |
| v. | ) **ORDER**<br>) |
| **ENTEGEE, INC.**<br>and<br>**SUNCOKE ENERGY, INC.,** | ) J‍UDGE J‍AMES P. J‍ONES<br>)<br>)<br>) |
| Defendants. | ) |

It appearing proper after a careful review of the record, the Court finding that the Settlement Agreement is fair and adequate, it is hereby **ORDERED** as follows:

1. The Joint Waiver of Hearing, ECF No. 11, is GRANTED;

2. The Joint Motion to Approve Settlement Agreement and Dismiss Case with Prejudice, ECF No. 9, is GRANTED, and the Settlement Agreement and the settlement described therein are APPROVED;

3. The case is DISMISSED with prejudice;

4. The Court retains jurisdiction to enforce the terms of the Settlement Agreement; and

5. The Clerk shall close the case.

ENTER: December 7, 2022

/s/ J‍AMES P. J‍ONES
Senior United States District Judge